# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Leland Foster
and
Mark Fultz

v.

Grand Beach Resort Partners LLC
and
Sugar Beach Resort Partners, LLC

Case No.

Hon.

TO:  Sugar Beach Resort Partners, LLC
ADDRESS:  c/o W. JEFFREY LOBDELL
2800 S. DIVISION, STE. 200
GRAND RAPIDS, MI 49548

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to    serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day  you received it). If y  ou fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Owen B. Dunn, Jr., Esq. (p66315)
Law Offices of Owen Dunn, Jr.
The Offices of Unit C
6800 W. Central Ave., Suite C-1
Toledo, OH 43617

CLERK OF COURT

By: Deputy Clerk                                    Date

---

## PROOF OF SERVICE

This summons for _____Sugar Beach Resort Partners, LLC_____ was received by me on _____.
                                (name of individual and title, if any)                                         (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                (date)

☐ I served the summons on _____, who is designated by law to accept service
                                                (name of individual)
of process on behalf of _____ on _____
                                            (name of organization)                                  (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

                                                        _____
                                                                        Server's signature

Additional information regarding attempted service, etc.:
                                                        _____
                                                                    Server's printed name and title

                                                        _____
                                                                        Server's address